

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,362

**EX PARTE ROBERT E. HENDERSON, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 9466-A IN THE 411ᵀᴴ DISTRICT COURT FROM SAN JACINTO COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of terroristic threat and sentenced to ten years' imprisonment. The Ninth Court of Appeals dismissed Applicant's appeal. *Henderson v. State*, 09-08-168-CR (Tex. App.–Beaumont, November 4, 2009).

The indictment in this case charged Applicant with a misdemeanor offense under Tex. Penal Code Sec. 22.07(a)(2). Applicant pleaded nolo contendere pursuant to the indictment. The trial court sentenced Applicant to ten years' imprisonment on a Class A misdemeanor. Tex. Penal Code

§22.07(c)(2).

Relief is granted. The judgment in Cause No. 9466-A in the 411th Judicial District Court of San Jacinto County is set aside, and Applicant is remanded to the custody of the sheriff of San Jacinto County to answer the charges as set out in the indictment.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: June 9, 2010
Do Not Publish